A90A0446. THORPE v. THORPE et al.
(406 SE2d 141)

ANDREWS, Judge.

On certiorari our decision reversing the trial court in *Thorpe v. Thorpe*, 196 Ga. App. 499 (396 SE2d 247) (1990) was reversed in *Thorpe v. Thorpe*, 260 Ga. 799 (400 SE2d 620) (1991). Accordingly, our decision is vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment affirmed. Sognier, C. J., McMurray, P. J., Banke, P. J., Birdsong, P. J., Carley, Pope, Beasley and Cooper, JJ., concur.*

DECIDED APRIL 9, 1991.

*Jones, Brown & Brennan, Taylor W. Jones, Myles E. Eastwood, Rebecca A. Copeland*, for appellant.
*McGee & Oxford, Stanley P. Meyerson*, for appellees.